## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE PAREDES-GUZMAN, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil No. 2:26-cv-04880-JLS |
| | : | |
| J.L. JAMISON, *et al*., | : | |
| Respondents. | : | |

## ORDER

**AND NOW,** this 17th day of July, 2026, upon receipt of the Respondents' Certificate of Compliance for release, **IT IS HEREBY ORDERED THAT** the Clerk of Court is **DIRECTED** to **CLOSE** this case.[1]

BY THE COURT:

*/s/ Jeffery L. Schmehl*
**JEFFREY L. SCHMEHL, J.**

---

[1] The Court shall retain jurisdiction of this matter for ninety (90) days unless otherwise ordered.